UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

Candace Louise Curtis; Rik Wayne Munson   v. Candace Kunz-Freed, et al.   No. 17-20360

4:16-cv-1969

United States District Court
Southern District of Texas
FILED
JUN 28 2018
David J. Bradley, Clerk of Court

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

The Clerk is requested to tax the following costs against: Candace Louise Curtis; Rik Wayne Munson

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($500.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 7 | 31 | $0.03 | $6.51 | 7 | 31 | .03 | 6.51 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | $6.51 | | | | |

Costs are hereby taxed in the amount of $ 6.51 this 28th day of June, 2018.    Costs are taxed in the amount of $ 6.51, 2018.

LYLE W. CAYCE, CLERK

By /s/ [signature]
Deputy Clerk

State of _____
County of _____

I, Kelsi M. Wade _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 19th day of June, 2018.

/s/ Kelsi M. Wade
(Signature)

Attorney for Bradley Featherston; Stephen A. Mendel

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

3 of 6



Galloway Johnson Tompkins Burr & Smith

701 Poydras Street, 40th Floor
New Orleans, LA 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
www.gallowaylawfirm.com
Federal Tax I.D. No.: 72-1089568

November 10, 2017
Client: HO0360
Matter: 000001
Invoice #: 361356

RE: Curtis, Candace
    Legal Exchange Matter ID: HO03601
    Claim No. 01717047

---

**Total Disbursements**                                $6.66

**EXHIBIT "A"**

November 10, 2017
Client:     HO0360
Matter:     000001
Invoice #:  361356

**DISBURSEMENTS**

| Date | Description of Disbursements | Amount |
|---|---|---|
| 10/11/2017 | Photocopies (222 @ $0.03) | $6.66 |
| | Total Disbursements | $6.66 |